

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00461-CV

**IN THE INTEREST OF S.K.K.** and H.A.K., Children

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-2718-CV
Honorable William Old, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are assessed against appellant.

SIGNED September 5, 2018.

Sandee Bryan Marion, Chief Justice